IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BILLY GOAT IP LLC, | |
| Plaintiff, | |
| v. | Case No. 17-cv-9154 |
| THE BILLY GOAT CHIP COMPANY LLC, | Judge: Hon. Robert M. Dow, Jr. |
| Defendant. | |

**<u>MOTION TO DISMISS</u>**

Defendant, The Billy Goat Chip Company LLC, hereby moves pursuant to Fed. R. Civ. P. 12(b)(6) that the complaint in this matter be dismissed for failing to state a claim. Specifically, Plaintiff, Billy Goat IP LLC's, claims are barred by the doctrine of laches. Not only are Plaintiff's claims time barred, but Plaintiff has pleaded itself out of court by alleging facts in its complaint supporting the equitable defense of laches. A memorandum of law in further support of defendant's requested relief is submitted herewith.

Dated: February 16, 2018

Respectfully submitted,

LATHROP GAGE LLP

By: */s/Timothy Sendek*
Timothy K. Sendek #6293755
155 N. Wacker Drive, Suite 3000
Chicago, IL 60606
T: (312) 920-3300
F: (312) 920-3301
TSendek@LathropGage.com

Bryan P. Sugar
LEWIS BRISBOIS
550 W. Adams Street, Suite 300
Chicago, IL 60661
T: (312) 463-3473
F: (312) 345-1778
Bryan.Sugar@lewisbrisbois.com

**Attorneys for Defendant
THE BILLY GOAT CHIP COMPANY LLC**